1  Corey H. Boyd (SBN 281025)
2  chboyd@jonesday.com
   JONES DAY
3  3161 Michelson Drive, Suite 800
4  Irvine, CA 92612.4408
   Telephone: 949.851.3939
5  Facsimile: 949.553.7539

6
   Attorneys for Defendant
7  EXPERIAN INFORMATION SOLUTIONS,
   INC.
8

9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11

12 | SHAWN BETHEA, | Case No. SACV13-01527-PSG (RZx) |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF INTERESTED PARTIES** |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and AMERICAN COLLECTIONS ENTERPRISE, INC. | District Judge: **Philip S. Gutierrez** |
| Defendants. | |

Pursuant to FRCP 7.1 and Civil L.R. 7.1-1, the undersigned, counsel of record for Defendant Experian Information Solutions, Inc. ("Experian"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

IRI-56486v1

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

    (a) Vehicle Title, LLC

    (b) Central Source LLC

    (c) Online Data Exchange LLC

    (d) New Management Services LLC

    (e) VantageScore Solutions LLC

    (f) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is a Jersey registered company which is publicly traded on the London Stock Exchange.

Dated: October 22, 2013

Respectfully submitted,

JONES DAY

By */s/ Corey H. Boyd*
    Corey H. Boyd

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IRI-56486v1

- 2 -

**CERTIFICATE OF SERVICE**

I, Corey H. Boyd, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On October 22, 2013, I served a copy of the **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF INTERESTED PARTIES** by electronic transmission.

I am familiar with the United States District Court Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| **Stephanie R. Tatar**<br>TATAR LAW FIRM, APC<br>3500 West Olive Avenue, Suite 300<br>Burbank, CA 91505<br>Tel: 323-744-1146<br>Fax: 888-778-5695<br>Email: Stephanie@TheTatarLawFirm.com | |

Executed on October 22, 2013, at Irvine, California.

*/s/ Corey H. Boyd*
Corey H. Boyd

IRI-56486v1