# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

REBECCA BEACH SMITH  
CHIEF JUDGE

August 27, 2014

Re:   Case No. : 2:14cv297

Dear Counsel:

The above-captioned matter was transferred to this court from United States District Court of California Central.

It will be necessary for you to associate local counsel admitted to practice in this court, pursuant to Local Rule 83.1 (D) and (F). Local counsel also must be registered for electronic filing in this court. Please arrange for ECF-registered local counsel to make an appearance by electronic filing immediately.

Please note that attorneys who are not admitted to the Eastern District of Virginia will be removed from the docket sheet for this transferred case. Local counsel for a party must file a pro hac vice application with appropriate fee for consideration by this court for any foreign counsel to proceed in this action. Thank you for your cooperation.

Very truly yours,

FERNANDO GALINDO, Clerk

By: _____  
Deputy Clerk