IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(NORFOLK DIVISION)

| | | |
|---|---|---|
| SHAWN BETHEA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:14CV00297- |
| | ) | RBS-DEM |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| EQUIFAX INFORMATION SERVICES, | ) | |
| AND | ) | |
| AMERICAN COLLECTIONS ENTERPRISE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

PLEASE take notice of Andrew Biondi (VSB No. 48100), of Sands Anderson PC as counsel for Defendant, American Collections Enterprise, Inc., in the above styled matter.

In furtherance of this request, the Clerk of the Court will please direct Notices of Electronic Filing (NEF) for the above named matter to the email address: abiondi@sandsanderson.com.

DATED: October 22, 2014

Respectfully submitted,

SANDS ANDERSON PC

    /s/ Andrew Biondi
Andrew Biondi (VSB No. 48100)
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, Virginia 23219
(804) 648-1636
(804) 783-7291 (fax)
abiondi@sandsanderson.com
**Counsel for Defendant**
**American Collections Enterprise, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2014, I have filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record via the ECF system:

Stephanie R. Tatar, Esq.
Tatar Law Firm APC
2500 West Olive Avenue, Suite 300
Burbank, CA 91505,

Gregory J. Gorski, Esq.
Francis and Mailman PC
Land Title Building
100 South Broad Street, 19th Floor
Philadelphia, PA 19110,

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314,
*Counsel for Plaintiff;*

Mark Robert Lentz, Esq.
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001,
*Counsel for Experian Information Solutions, Inc.;*

Thomas P. Quinn, Jr., Esq.
Nokes and Quinn APC
410 Broadway Suite 200
Laguna Beach, CA 92651,
*Counsel for Equifax Information Services LLC;*

June Grace Felipe, Esq.
Carlson and Messer LLP
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045,
*Counsel for American Collections Enterprise Inc.*

      /s/ Andrew Biondi
Andrew Biondi (VSB No. 48100)
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, Virginia 23219
(804) 648-1636
(804) 783-7291 (fax)
abiondi@sandsanderson.com
Counsel for Defendant
American Collections Enterprise, Inc.