# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| SHAWN BETHEA, : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 2:14-cv-297 |
| v. : | |
| : | |
| EXPERIAN INFORMATION : | |
| SOLUTIONS, INC., *et al.* : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

Please take notice that Casey S. Nash of Consumer Litigation Associates, P.C. will hereafter serve as counsel of record for the Plaintiff, and hereby enters her appearance in this matter.

                                                                                                      Respectfully submitted,
                                                                                                      **SHAWN BETHEA**

                                                                                 _____/s/_____
                                                    Casey S. Nash, VSB No. 84261
                                                    *Counsel for the Plaintiff*
                                                   Consumer Litigation Associates, P.C.
                                                   1800 Diagonal Rd., Suite 600
                                                   Alexandria, VA 22314
                                                   Tel. 703-273-7770
                                                   Fax. 888-892-3512
                                                   casey@clalegal.com

**CERTIFICATE OF SERVICE**

        I hereby certify that on the 12st day of November, 2014, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mark R. Lentz
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
Tel:    202-879-3939
Fax:   202-626-1700
mrlentz@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

Thomas P. Quinn, Jr.
NOKES AND QUINN, APC
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel:    949-376-3500
Fax:   949-376-3070
*Counsel for Equifax Information Services, LLC*

June Grace Felipe
CARLSON AND MESSER, LLP
5959 West Century Blvd., Ste. 1214
Los Angeles, CA 90045
Tel:    310-242-2200
Fax:   310-242-2222

Andrew Biondi
Sands Anderson, PC
1111 East Main Street, Ste. 2400
Richmond, VA 23219
Tel:    804-648-1636
Fax:   804-783-7291
abiondi@sandsanders.com

*Counsel for American Collections Enterprises, Inc.*

                /s/
Casey S. Nash, VSB No. 84261
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
Tel. 703-273-7770
Fax. 888-892-3512
casey@clalegal.com