IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 2:14-cv-297, Case Name Shawn Bethea v. Experian Information Sol
Party Represented by Applicant: Shawn Bethea

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Gregory Gorski
Bar Identification Number 91365         State Pennsylvania
Firm Name Francis & Mailman
Firm Phone # 215-735-8600     Direct Dial # 215-735-8600     FAX # 215-940-8000
E-Mail Address ggorski@consumerlawfirm.com
Office Mailing Address Land Title Building, 19th Floor, 100 South Broad Street, Philadelphia, Pennsylvania 19110

Name(s) of federal court(s) in which I have been admitted Please see attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                     11/12/14 (Date)
Casey Nash                      84261
(Typed or Printed Name)         (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ✓   or Exemption Granted _____

The motion for admission is GRANTED ✓   or DENIED _____
/s/
Rebecca Beach Smith
Chief
United States District Judge
(Judge's Signature)            11-13-14 (Date)

FILED
NOV 13 2014
Clerk, U.S. District Court
Norfolk, VA

| Name of Court | Date of Admission | Active Member in Good Standing? |
|---|---|---|
| PA Supreme Court and all other PA State Courts | 10/20/2003 | Yes |
| NJ Supreme Court and all other NJ State Courts | 11/20/2003 | Yes |
| U.S.D.C. for the District of New Jersey | 11/20/2003 | Yes |
| U.S.D.C. for the E.D. of Pennsylvania | 01/20/2009 | Yes |
| U.S. Court of Appeals for the Third Circuit | 12/21/2012 | Yes |


PLAINTIFF'S EXHIBIT A