**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(NORFOLK DIVISION)**

| | |
|---|---|
| **SHAWN BETHEA** ) | |
| ) | **Civil Action No. 14-0297** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Shawn Bethea

and the Defendants Experian Information Solutions, Inc. and Equifax Information Services,

LLC, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action as to these Defendants be

dismissed with prejudice by its undersigned counsel, that Plaintiff dismisses his claims against

Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC, as

settled, with each party to bear their own costs incurred within.

| | |
|---|---|
| */s/ Matthew Erausquin* | /s/ *Mark R. Lentz* |
| MATTHEW ERAUSQUIN | MARK R. LENTZ |
| **CONSUMER LITIGATION** | VSB No. 77755 |
| **ASSOCIATES PC** | **JONES DAY (DC)** |
| 1800 Diagonal Rd | 51 Louisiana Ave. NW |
| Suite 600 | Washington, DC 20001 |
| Alexandria, VA 22314 | 202-879-3939 |
| 703-273-7770 | 202-626-1700 (Fax) |
| 888-892-3513 (fax) | mrlentz@jonesday.com |
| matt@clalegal.com | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | Experian Information Solutions, Inc. |

/s/ Thomas P. Quinn Jr.
Thomas P. Quinn, Jr.
**NOKES AND QUINN APC**
410 Broadway Suite 200
Laguna Beach, CA 92651
Telephone: (949) 376-3500
Facsimile: (949) 376-3070

Attorneys for Defendant
Equifax Information Services LLC